LARRY A. WALRAVEN (S.B. #143327)
lwalraven@calemployerlaw.com
NICOLE E. WURSCHER, (S.B. #245879)
nwurscher@calemployerlaw.com
WALRAVEN & LEHMAN LLP
120 Vantis, Suite 535
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Facsimile: (949) 215-1999

Attorneys for Plaintiff PLAN BOARD OF SUNKIST RETIREMENT PLAN

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>HARDING & LEGGETT, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV05-8659 AG (RCx)<br><br>[PROPOSED] JUDGMENT ON AWARD OF ATTORNEY FEES |
| HARDING & LEGGETT, INC., and DOES 1 through 10, inclusive,<br><br>Counter Claimant<br><br>vs.<br><br>PLAN BOARD OF SUNKIST RETIREMENT PLAN; THE SUNKIST RETIREMENT PLAN; and ROES 1 through 10, inclusive,<br><br>Counter Defendants. | |

After the adjudication of the above-captioned matter, plaintiff Plan Board of the Sunkist Retirement Plan moved for an award of attorney fees. The Court issued a tentative ruling on the motion, and held a hearing in June 2010 on the Motion. Supplemental briefing was submitted thereafter. After consideration of the briefs and arguments submitted, the Court issued its Order on the Motion on August 30, 2011, which is attached hereto as Exhibit A, and incorporated herein by reference.

In accordance with the Civil Minutes – General on the [In Chambers] Order Granting Motion for Attorney Fees, and Fed. R. Civ. Proc. 58(a), IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:

1. JUDGMENT be and hereby is entered in favor of Plaintiff and Counter Defendant Plan Board of Sunkist Retirement Plan ("Plan Board") and against Defendant and Counter Plaintiff Harding & Leggett, Inc. ("Harding & Leggett") in the amount of $322,370.00. ~~plus interest at 8% per annum from August 30, 2011, until paid~~

Dated: SEPT 29, 2011

Hon. Andrew J. Guilford
United States District Court Judge